230 F.2d 954
 Ernest MUNGER, Appellant,
v.
UNITED STATES of America.
 No. 15480.
 United States Court of Appeals Eighth Circuit.
 Feb. 21, 1956.
 
 John C. Farrar, Rapid City, S.D., for appellant.
 Perry W. Morton, Asst. Atty. Gen., Roger P. Marquis, Chief, Appellate Section, Lands Division, Dept. of Justice, Reginald W. Barnes, Atty., Dept. of Justice, Washington, D.C., and Clinton G. Richards, U.S. Atty., Sioux Falls, S.D., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed, on motion of appellee.